### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**MAURY G. THOMPSON**                                                                   **PLAINTIFF**

**v.**                                                          **CAUSE NO. 1:14CV454-LG-RHW**

**SINGING RIVER HEALTH SYSTEM, et al.**                              **DEFENDANTS**

### ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

**BEFORE THE COURT** is the Motion to Remand [5] filed by the plaintiff Maury G. Thompson.  The defendants have not filed a response in opposition to the Motion, and the deadline for doing so has passed.  After reviewing the Motion, the record in this matter, and the applicable law, the Court finds that the Motion to Remand should be granted for the reasons stated in the Memorandum Opinion and Order [25] entered on January 15, 2015, in *Almond v. Singing River Health System, et al.*, No. 1:14cv446-LG-RHW.

**IT IS, THEREFORE ORDERED AND ADJUDGED** that the Motion to Remand [5] filed by the plaintiff Maury G. Thompson is **GRANTED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that a certified copy of this order of remand shall be immediately mailed by the Clerk of this Court to the clerk of the state court pursuant to 28 U.S.C. § 1447(c).

**SO ORDERED AND ADJUDGED** this the 3rd day of February, 2015.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE